AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Securities and Exchange Commission ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  14-cv-3655 (JFK) |
| Glenn Cohen et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Securities and Exchange Commission                                                                      .

Date:   May 28, 2014                                                        /s/ Daniel R. Marcus
                                                                                       *Attorney's signature*

                                                                               Daniel R. Marcus (DM 0021)
                                                                               *Printed name and bar number*

                                                                         U.S. Securities and Exchange Commission
                                                                                    200 Vesey Street, Suite 400
                                                                                       New York, NY 10281
                                                                                              *Address*

                                                                                         marcusd@esc.gov
                                                                                          *E-mail address*

                                                                                          (212) 336-0021
                                                                                         *Telephone number*

                                                                                          (212) 336-1317
                                                                                            *FAX number*